UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CECIL DUDGEON,

              Plaintiff,

        v.

DR. HENRY RICHARDS *et al.*,

              Defendants.

CASE NO.  C09-5200RBL/JRC

ORDER

     The Court, having reviewed the file, the Report and Recommendation of the Hon. J.

Richard Creatura, United States Magistrate Judge, objections to the Report and

Recommendation, if any, and the remaining record, does hereby find and Order:

     (1)     The Court adopts the Report and Recommendation;

     (2)     The plaintiff's motion for default is DENIED.  Defendants were not served
                pursuant to Fed. R. Civ. P. 4(c).  They were therefore not in default.

     (3)     Defendants request to set aside the waivers of service is DENIED.

     (4)     This matter is referred back to Magistrate Judge Creatura for further proceedings.

ORDER - 1

1      (5)      The Clerk's Office is directed to send plaintiff a copy of this order.

2      DATED this 24th day of  July, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2