UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CECIL DUDGEON,

               Plaintiff,

     v.

DR. HENRY RICHARDS *et* al.,

               Defendants.

CASE NO. C09-5200RBL/JRC

ORDER ON PENDING MOTIONS

      This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. The matter is before the Court on Defendant's Motion to Dismiss (Dkt. # 14). Plaintiff has responded and agrees that the complaint he submitted is deficient (Dkt. # 17). In the response plaintiff asks for leave to file an amended complaint. Defendants replied (Dkt. # 21).

      The Ninth Circuit has repeatedly stated that dismissal of a complaint without giving the plaintiff the opportunity to amend is reversible error unless amendment could not cure the defect.

"Assuming a substantive or jurisdictional defect in the pleadings, '[d]ismissal without leave to amend is proper only if it is clear, upon de novo review, that the complaint could not be saved by any amendment." Swartz v. KPMG LLP, 476 F.3d 756 (9th Cir. 2007).

The Court is not sure that amendment can cure the defects in the complaint, but, plaintiff's request to file an amended complaint is **GRANTED**. Plaintiff will have until September 4, 2009 to file his amended complaint. After review of the amended complaint, defendants may re-note their Motion to Dismiss, or they may file any other motion or answer they deem appropriate. No discovery will be allowed until the Court has a viable complaint before it.

The Clerk of Court is directed to note the September 4, 2009, due date and remove the Motion to Dismiss, (Dkt. # 14), from the Court's calendar.

Dated this 10th day of August, 2009.

_____
J. Richard Creatura
United States Magistrate Judge