UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECIL DUDGEON,<br><br>                Plaintiff,<br>  v.<br><br>Dr. HENRY RICHARDS *et al.*,<br><br>                Defendants. | No. 09-5200RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation [Dkt. #30], the defendants' Response thereto [Dkt. #31], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action DISMISSED WITH PREJUDICE.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

DATED this 11th day of December, 2009.

                                              */s/ Ronald B. Leighton*
                                              RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1